**Dismissed and Memorandum Opinion filed February 4, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-01070-CV
## NO. 14-13-01071-CV
## NO. 14-13-01072-CV

---

## IN THE INTEREST OF A.F.R, B.R.L., S.M.L., AND E.J.R., CHILDREN

---

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause Nos. 2012-01622J, 2012-04677J & 2012-16306**

---

## M E M O R A N D U M   O P I N I O N

These are appeals from judgments, signed October 14, 2013, terminating appellant's parental rights. The clerk's records were filed December 13, 2013. The reporter's records were filed December 19, 2013. No brief was filed.

On January 14, 2014, this court issued an order stating that unless appellant submitted a brief on or before January 24, 2014, the court would dismiss the appeals for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeals are ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.